No. __PD-0138-CR__

| | | |
|---|---|---|
| CESAR GOMEZ | § | IN THE COURT OF |
| v. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | OF TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

### PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW, the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

1. The style and number in the Tyler Court of Appeals; Cesar Gomez v. The State of Texas, No. 12-13-00050-CR.

2. the Appellant/Petitioner moves that pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b), Texas Rules of Appellate Procedure, that requires the filing of eleven (11) copies of the Petition for Discretionary review with the Court.

3. The facts relied upon to show good cause for this request are, as follows: The Appellant is indigent and incarcerated and does not have access to a photo copier. The Appellant is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, THE Appellant/Petitioner respectfully request that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary review with the Court.

Respectfully submitted,


_Cesar Gómez_
Cesar Gomez
TDCJ-ID # 1839985
Eastham State Farm
2665 Prison Road # 1
Lovelady, Texas 75851


## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the Office of the Criminal District Attorney for Smith County, Dillion Matt Bringham III, 100 N. Broadway, Tyler, Texas 75702 and mailed via U.S. Mail, to the office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Teas 7871, on the 15th day of April, 2015.


_Cesar Gómez_
Cesar Gomez
TDCJ-ID # 1839985
Eastham State Farm
2665 Prison Road # 1
Lovelady, Texas 75851